### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| JULIA BONNEWITZ,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>BAYLOR UNIVERSITY,<br>　　　　*Defendant* | §<br>§<br>§　　　W-21-CV-00491-ADA<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 20. The Report recommends that this Court grant Defendant's Motion to Dismiss without prejudice with leave to amend the complaint within fourteen days of an order granting Defendant's motion and dismissing the Amended Complaint. The Report and Recommendation was filed on July 12, 2022.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on July 25, 2022. ECF No. 21. The Court has conducted a *de novo* review of the motion to dismiss, the report and recommendation, the objections to the

1

report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland, ECF No. 20, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED** in accordance with the Report and Recommendation.

SIGNED this 2nd day of August, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE