**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JULIA BONNEWITZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 6:21-cv-00491** |
| | § | |
| **BAYLOR UNIVERSITY, BRIAN** | § | |
| **BOLAND, AND MICHAEL WOODSON,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>NOTICE TO THE COURT</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Baylor University and Michael Woodson and submits this Notice to the Court.

In light of the motions to dismiss pending in this matter and the fact that the counsel for Plaintiff who has been primarily responsible for this matter is leaving her law firm on November 18, 2022 and withdrawing from representing Plaintiff, the Parties have agreed to extend the deadline to hold a case management conference required by Federal Rule of Civil Procedure 26(f) to January 10, 2023.  The Parties have also agreed to prepare and file the Rule 26(f) report no later than 14 days after the Rule 26(f) conference, to serve initial disclosures within 14 days of the Rule 26(f) conference, and not to conduct other discovery until after the Rule 26(f) conference.

Nothing about this agreement is intended to bar or constitute a waiver of any Defendant's ability to file a motion to stay discovery pending the Court's ruling on the various currently pending motions to dismiss nor Plaintiff's ability to oppose any such motions.

Respectfully submitted,

**BEARD KULTGEN BROPHY BOSTWICK &
DICKSON, PLLC**

By: _____

     Andy E. McSwain
     Attorney-in-Charge
     State Bar No. 13861100
     Dan N. MacLemore
     State Bar No. 24037013
     Susan E. Cates
     State Bar No. 24044932
     220 South Fourth Street
     Waco, Texas 76701
     Telephone: (254) 776-5500
     Facsimile: (254) 776-3591
     mcswain@thetexasfirm.com
     maclemore@thetexasfirm.com
     cates@thetexasfirm.com

**ATTORNEYS FOR DEFENDANTS BAYLOR
UNIVERSITY AND MICHAEL WOODSON**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2022, Defendants Baylor University's and Michael Woodson's Notice to the Court was electronically filed with the Clerk of Court using the Court's ECF System, which will automatically send notification of such filing to all counsel of record, including counsel for Plaintiff:

Phillip N. Sanov
Morgan & Morgan, PA
16225 Park Ten Place, Suite 500
Houston, Texas 77074
psanov@forthepeople.com

Adria Lynn Silva
Morgan & Morgan, PA
8151 Peters Road, 4th Floor
Plantation, Florida 33324
asilva@forthepeople.com

Clay Martin Townsend
Morgan & Morgan, P.A.
20 N. Orange Ave., Suite 1600
Orlando, Florida 32806
ctownsend@forthepeople.com

_____

Dan N. MacLemore