IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JULIA BONNEWITZ,** <br> *Plaintiff,* <br><br> v. <br><br> **BAYLOR UNIVERSITY, BRIAN BOLAND, INDIVIDUALLY; AND MICHAEL WOODSON, INDIVIDUALLY;** <br> *Defendants.* | § § § § § § § § § § § § | W-21-CV-00491-ADA-DTG |

## ORDER TO SHOW CAUSE

Before the Court is the parties' Notice to the Court (ECF No. 39). On November 18, 2022, the parties filed a Notice indicating that they had agreed to extend the deadline to hold a case management conference to January 10, 2023, and representing that they would "prepare and file the Rule 26(f) report no later than 14 days after the Rule 26(f) conference." ECF No. 39. To date, the parties have not filed a Rule 26(f) report. The parties are ORDERED to show cause by August 15, 2023 as to why the Rule 26(f) report has not been filed. Failure to comply with this order may result in dismissal for want of prosecution.

SIGNED this 1st day of August, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE