IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JULIA BONNEWITZ,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | W-21-CV-00491-ADA-DTG |
| BAYLOR UNIVERSITY, BRIAN BOLAND, INDIVIDUALLY; AND MICHAEL WOODSON, INDIVIDUALLY;<br>    *Defendants.* | §<br>§<br>§<br>§<br>§ | |

## ORDER

This matter is before the Court on its own motion. The parties are ORDERED to confer and submit a joint motion for entry of a scheduling order with a proposed scheduling order within 14 days. This matter is not stayed. The previous stay of the case only applied to the original Motion to Dismiss and did not extend to future filed motions to dismiss. *See* August 31, 2021 Text Order staying the case pending an order disposing of ECF No. 7. As the Court has resolved the original Motion to Dismiss there is currently no stay.

SIGNED this 21st day of August, 2023.

                                                              DEREK T. GILLILAND
                                                              UNITED STATES MAGISTRATE JUDGE