IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JULIA BONNEWITZ,<br>　　　　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | W-21-CV-00491-ADA |
| BAYLOR UNIVERSITY, BRIAN BOLAND, INDIVIDUALLY; AND MICHAEL WOODSON, INDIVIDUALLY;<br>　　　　*Defendants.* | §<br>§<br>§<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 66. The report recommends Defendant Baylor University's second Motion to Dismiss, which includes newly added Defendant Michael Woodson's first Motion to Dismiss (ECF No. 30), be **GRANTED** and that the Court should **DISMISS WITH PREJUDICE** all counts and claims pled in Plaintiff's Verified Seconds Amended Complaint against Defendant Baylor and Defendant Woodson. The report and recommendation was filed on July 11, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 66) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Baylor University and Defendant Michael Woodson's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 30) is **GRANTED.** All counts and claims against Defendants Baylor and Woodson are hereby **DISMISSED WITH PREJUDICE**.

**SIGNED** this 26th day of July, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE