IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **JULIA BONNEWITZ,** §<br>　　*Plaintiff,* §<br>　§<br>v. §<br>　§<br>**BAYLOR UNIVERSITY, BRIAN** §<br>**BOLAND, AND MICHAEL** §<br>**WOODSON,** §<br>　　*Defendants*. § | **CASE NO. 6-21-CV-491-ADA-DTG** |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 69. The report recommends that, under 28 U.S.C § 1367, all counts and claims in Plaintiff's Verified Second Amended Complaint as to Defendant Brian Boland be **DISMISSED WITHOUT PREJUDICE**, and that Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Complaint (ECF No. 33) be **DENIED AS MOOT**. The report and recommendation was filed on August 26, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 69) is **ADOPTED**.

**IT IS FURTHER ORDERED** that all counts and claims in Plaintiff's Verified Second Amended Complaint as to Defendant Brian Boland are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant's Rule 12(b)(6) Motion to Dismiss (ECF No. 33) is **DENIED AS MOOT.**

**SIGNED** this 10th day of September, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE